

All the propositions of law presented in this appeal are also presented in cause No. 9253. We do not deem it necessary to discuss each one of these propositions as here presented, as same are fully discussed in our opinion in cause No. 9253. For the reasons given in that opinion, all of appellant's propositions will be overruled.

The judgment is affirmed.

## Robert AMI v. STATE.
### No. 16759.

Court of Criminal Appeals of Texas.
March 14, 1934.

John L. Compton, of Houston, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

MORROW, Presiding Judge.

Theft is the offense; penalty assessed at confinement in the penitentiary for two years.

Upon the written request of the appellant, duly verified by his affidavit, the appeal is dismissed.

## A. F. PARKER, Appellant, v. ARROYO-COLORADO NAVIGATION DISTRICT OF CAMERON AND WILLACY COUNTIES, TEXAS, et al., Appellees.
### No. 9252.

Court of Civil Appeals of Texas. San Antonio.
Feb. 14, 1934.

Rehearing Denied March 7, 1934.

Seabury, George & Taylor, of Brownsville, for appellant.

Greenwood & Lewis, of Harlingen, Dan Moody, of Austin, Templeton, Brooks, Napier & Brown, of San Antonio, and H. L. Yates, of Brownsville, for appellees.

MURRAY, Justice.

This suit is a companion case to cause No. 9253, styled A. F. Parker, Appellant, v. State of Texas et al., Appellees, 68 S.W.(2d) 637, this day decided by this Court.

In this case the Arroyo-Colorado navigation district of Cameron and Willacy counties was the plaintiff below, while in cause No. 9253, the state of Texas and Cameron county were the plaintiffs below.

## Robert AMI v. STATE.
### No. 16758.

Court of Criminal Appeals of Texas.
March 14, 1934.

John L. Compton, of Houston, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.